IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA M. VILLAFANA, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:08-cv-01954 GSA <br><br> ORDER DISCHARGING ORDER <br> TO SHOW CAUSE <br><br> ORDER GRANTING EXTENSION <br> OF TIME |

On December 18, 2008, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. On December 23, 2008, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On or about April 30, 2009, Defendant lodged the administrative record. Pursuant to the Scheduling Order, Plaintiff was required to file her opening brief in this Court on or before August 3, 2009. As of September 24, 2009, Plaintiff failed to file her opening brief. Therefore, the Court

1

1  issued an order for Plaintiff to show cause why the action should not be dismissed for failure to
2  comply with the Court's December 23, 2008, order. (Doc. 13). On September 28, 2009, Plaintiff
3  filed a written response to the Order to Show Cause dated September 24, 2009. (Doc. 14). Plaintiff's
4  attorney explained that due to a clerical error she failed to calendar the date for the filing of the
5  opening brief. Plaintiff has requested an extension of time to file the opening brief until October 14,
6  2009.

7   Good cause appearing, the Order to Show Cause issued on September 24, 2009, is
8  DISCHARGED and Plaintiff's request for additional time is GRANTED. Plaintiff shall file her
9  opening brief no later than **October 14, 2009**. Defendant shall file any opposition no later than
10 **November 16, 2009**. Plaintiff shall file any reply to the opposition **no later than 15 days** from the
11 filing of Defendant's opposition. Plaintiff's failure to respond to this order within the time specified
12 will result in dismissal of this action.

15  IT IS SO ORDERED.
16  **Dated:   September 29, 2009**           /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

2