IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA M. VILLAFANA, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner, )<br>)<br>Defendant. )<br>_____) | 1:08-cv-01954 GSA<br><br>ORDER RE: PLAINTIFF'S<br>REQUEST FOR EXTENSION<br>OF TIME |

Based upon the parties' Stipulation for an extension of time, IT IS ORDERED that Plaintiff is granted an additional 7 day extension of time until October 21, 2009, in which to file her Opening Brief. Plaintiff is advised that this extension is granted even though this Court has previously issued an order to show cause for Plaintiff's failure to timely file her brief. This Court is not inclined to grant future extensions of time absent a showing of good cause.

IT IS SO ORDERED.

Dated:   October 15, 2009              /s/ Gary S. Austin

1

UNITED STATES MAGISTRATE JUDGE