LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARIA VILLAFANA, )<br>)<br>    Plaintiff, )<br>)<br>      v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>    Defendant. )<br>_____) | CIVIL NO. 1:08-CV-01954 GSA<br><br>STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 31 days, up to and including December 21, 2009, to respond to Plaintiff's motion for summary judgment. The extension is necessary because counsel for the Commissioner will be out of town caring for an ill family member from November 16 through December 2, 2009.

///

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 13, 2009     /s/ *Laura Krank*
(As authorized via email)
LAURA KRANK
Attorney for Plaintiff

Dated: November 13, 2009     LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Having reviewed the stipulation, good causes exists for the extension and the request is granted. Defendant's opposition brief shall be due no later than December 21, 2009. Any reply shall be due within fifteen days from the filing of Defendant's opposition.

IT IS SO ORDERED.

**Dated:  November 16, 2009**      /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE